UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NEUROLOGICAL SURGERY PRACTICE
OF LONG ISLAND, PLLC,

                Plaintiff,                              JUDGMENT
                                                                23-cv-02977 (BMC)

      v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

                Defendants.
-------------------------------------------------------------- X

A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on April 1, 2024, denying plaintiff's motion for a preliminary injunction; and granting HHS's motion to dismiss on the ground of mootness; it is

ORDERED and ADJUDGED that plaintiff's motion for a preliminary injunction is denied; and that HHS's motion to dismiss is granted on the ground of mootness.

| | |
|---|---|
| Dated: Brooklyn, NY<br>April 3, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By: */s/Jalitza Poveda*<br>       Deputy Clerk |